1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JENNIFER LEIGH REED

6

7

8              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10  JENNIFER LEIGH REED,

11                                          Case No. _____
                          Plaintiff,
12  v.                                      **COMPLAINT**

13  ALLIANCEONE RECEIVABLE              **DEMAND FOR JURY TRIAL**
    MANAGEMENT, INC., a Delaware
14  corporation,                        15 Unites States Code § 1692 *et seq.*
                                        California Civil Code § 1788 *et seq.*
15                        Defendant.

16

17          Plaintiff, JENNIFER LEIGH REED, based on information and belief and

18  investigation of counsel, except for those allegations which pertain to the named Plaintiff or her

19  attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

20                          **I.  INTRODUCTION**

21          1.      This is an action for statutory damages, attorney fees and costs brought by an

22  individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

23  § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act,

24  California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibits debt collectors from

25  engaging in abusive, deceptive and unfair practices.

26                          **II.  JURISDICTION**

27          2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

28  1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

                                    -1-

1   Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

2       3.      This action arises out of Defendant's violations of the Fair Debt Collection

3   Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

4                           **III.  VENUE**

5       4.      Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in

6   that a substantial part of the events or omissions giving rise to the claim occurred in this judicial

7   district.  Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the

8   Defendant transacts business in this judicial district and the violations of the FDCPA complained

9   of occurred in this judicial district.

10                  **IV.  INTRADISTRICT ASSIGNMENT**

11      5.      This lawsuit should be assigned to the San Jose Division of this Court because

12  a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

13  County.

14                          **V.  PARTIES**

15      6.      Plaintiff, JENNIFER LEIGH REED (hereinafter "Plaintiff"), is a natural

16  person residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of

17  15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

18      7.      Defendant, ALLIANCEONE RECEIVABLE MANAGEMENT, INC.

19  (hereinafter "ALLIANCEONE"), is a Delaware corporation engaged in the business of collecting

20  debts in this state with its principal place of business located at:  717 Constitution Drive, Suite 202,

21  Exton, Pennsylvania 19341. ALLIANCEONE may be served as follows: AllianceOne Receivables

22  Management, Inc., c/o CT Corporation System, Registered Agent, 818 West Seventh Street, Los

23  Angeles, California  90017.  The principal business of ALLIANCEONE is the collection of debts

24  using the mails and telephone, and ALLIANCEONE regularly attempts to collect debts alleged to

25  be due another.  ALLIANCEONE is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6)

26  and Cal. Civil Code § 1788.2(c).

27                  **VI.  FACTUAL ALLEGATIONS**

28      8.      On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred

1  a financial obligation that was primarily for personal, family or household purposes, namely a

2  consumer credit card issued by Citibank and bearing an account number XXXX-XXXX-XXXX-

3  2874 (hereinafter "the alleged debt"). The financial obligation alleged to be owed to Citibank by

4  Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that

5  term is defined by Cal. Civil Code § 1788.2(f).

6         9.     Sometime thereafter, on a date unknown to Plaintiff, the alleged debt was

7  consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

8         10.    Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which

9  is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

10         11.    A true and accurate copy of the first collection letter from Defendant to

11  Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

12         12.    The first collection letter (Exhibit "1") is dated February 15, 2007.

13         13.    The first collection letter (Exhibit "1") was sent in an envelope on which a

14  postage meter stamp dated February 19, 2007, was imprinted.

15         14.    Plaintiff is informed and believes, and thereon alleges that Defendant

16  deposited the envelope containing the first collection letter (Exhibit "1") in the United States Mail

17  on or about February 19, 2007.

18         15.    Plaintiff received the envelope containing the first collection letter (Exhibit

19  "1") from Defendant on or after February 21, 2007.

20         16.    Thereafter, Defendant sent a second collection letter (Exhibit "2") to Plaintiff

21  which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

22  1692a(2).

23         17.    A true and accurate copy of the second collection letter from Defendant to

24  Plaintiff is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

25         18.    The second collection letter (Exhibit "2") is dated April 3, 2007.

26         19.    The second collection letter (Exhibit "2") was sent in an envelope on which

27  a postage meter stamp dated April 5, 2007, was imprinted.

28         20.    Plaintiff is informed and believes, and thereon alleges that Defendant

1    deposited the envelope containing the second collection letter (Exhibit "1") in the United States Mail

2    on or about April 5, 2007.

3         21.    Plaintiff received the envelope containing the second collection letter (Exhibit

4    "2") from Defendant on or after April 7, 2007.

5         22.    On or about April 25, 2007, Plaintiff mailed a letter to Defendant which

6    stated: "please be advised that I dispute this debt and refuse to pay."

7         23.    A true and accurate copy of Plaintiff's letter disputing the alleged debt and

8    refusing to pay the alleged debt is attached hereto, marked Exhibit "3," and by this reference is

9    incorporated herein.

10         24.    Defendant received Plaintiff's letter disputing the alleged debt and refusing

11    to pay the alleged debt (Exhibit "3") on or about April 28, 2007.

12         25.    A true and accurate copy of the USPS Tracking Report and Certified Mail

13    Return Receipt evidencing Defendant's receipt of Plaintiff's letter disputing the alleged debt and

14    refusing to pay the alleged debt (Exhibit "3") is attached hereto, marked Exhibit "4," and by this

15    reference is incorporated herein.

16         26.    After receiving Plaintiff's letter notifying Defendant of her refusal to pay the

17    alleged debt (Exhibit "3"), Defendant continued to communicate with Plaintiff in an attempt to

18    collect the alleged debt.

19         27.    Thereafter, Defendant sent a third collection letter (Exhibit "5") to Plaintiff

20    which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

21    1692a(2).

22         28.    A true and accurate copy of the third collection letter from Defendant to

23    Plaintiff is attached hereto, marked Exhibit "5," and by this reference is incorporated herein.

24         29.    The third collection letter (Exhibit "5") is dated June 1, 2007.

25         30.    The third collection letter (Exhibit "5") was sent in an envelope on which a

26    postage meter stamp dated June 5, 2007, was imprinted.

27         31.    Plaintiff is informed and believes, and thereon alleges that Defendant

28    deposited the envelope containing the third collection letter (Exhibit "5") in the United States Mail

-4-
COMPLAINT

1  on or about June 5, 2007.

2       32.    Plaintiff received the envelope containing the third collection letter (Exhibit

3  "5") from Defendant on or after June 5, 2007.

4       33.    Thereafter, Defendant sent a fourth collection letter (Exhibit "6") to Plaintiff

5  which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

6  1692a(2).

7       34.    A true and accurate copy of the fourth collection letter from Defendant to

8  Plaintiff is attached hereto, marked Exhibit "6," and by this reference is incorporated herein.

9       35.    The fourth collection letter (Exhibit "6") is dated July 3, 2007.

10      36.    The fourth collection letter (Exhibit "6") was sent in an envelope on which

11  a postage meter stamp dated July 9, 2007, was imprinted.

12      37.    Plaintiff is informed and believes, and thereon alleges that Defendant

13  deposited the envelope containing the fourth collection letter (Exhibit "6") in the United States Mail

14  on or about July 9, 2007.

15      38.    Plaintiff received the envelope containing the fourth collection letter (Exhibit

16  "6") from Defendant on or after July 11, 2007.

17      39.    The fifth collection letter (Exhibit "7") is dated July 31, 2007.

18      40.    The fifth collection letter (Exhibit "7") was sent in an envelope on which a

19  postage meter stamp dated August 1, 2007, was imprinted.

20      41.    Plaintiff is informed and believes, and thereon alleges that Defendant

21  deposited the envelope containing the fifth collection letter (Exhibit "7") in the United States Mail

22  on or about August 1, 2007.

23      42.    Plaintiff received the envelope containing the fifth collection letter (Exhibit

24  "7") from Defendant on or after August 3, 2007.

25                          **VII.  CLAIMS**

26              **FAIR DEBT COLLECTION PRACTICES ACT**

27      43.    Plaintiff brings the first claim for relief against Defendant under the Federal

28  Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

44.    Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 42 above.

45.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

46.    Defendant, ALLIANCEONE, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

47.    The financial obligation allegedly owed to Citibank by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

48.    Defendant has violated the FDCPA in the following respects:

a.    Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt after receiving a written notification that Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c).

49.    Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

50.    As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

51.    Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

52.    Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 50 above.

53.    Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

54.    Defendant, ALLIANCEONE, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

55.    The financial obligation alleged to be owed to Citibank by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

1    56.    Defendant have violated the RFDCPA in the following respects:

2        a.    Defendant continued to communicate with Plaintiff in an attempt to

3            collect the alleged debt after receiving a written notification that

4            Plaintiff refused to pay the debt being collected, in violation of 15

5            U.S.C. § 1692c(c), as incorporated by Cal. Civil Code § 1788.17.

6    57.    Defendant's acts as described above were done willfully and knowingly with

7    the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

8    1788.30(b).

9    58.    As a result of Defendant's willful and knowing violations of the RFDCPA,

10    Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars

11    ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

12    59.    As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to

13    an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil

14    Code § 1788.17.

15    60.    As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to

16    an award of her reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and

17    15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

18    61.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

19    RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

20    that the Plaintiff may have under any other provision of law.

21    **VIII.  REQUEST FOR RELIEF**

22    Plaintiff requests that this Court:

23        a.    Assume jurisdiction in this proceeding;

24        b.    Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §

25            1692c(c);

26        c.    Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act,

27            Cal. Civil Code § 1788.17;

28        d.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to

-7-

1             15 U.S.C. § 1692k(a)(2)(A);

2    e.       Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than

3             $1,000 pursuant to Cal. Civil Code § 1788.30(b);

4    f.       Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to

5             15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17;

6    g.       Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15

7             U.S.C.§ 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

8    h.       Award Plaintiff such other and further relief as may be just and proper.

9

10                               CONSUMER LAW CENTER, INC.

11

12              By: /s/ Fred W. Schwinn
                              Fred W. Schwinn, Esq.
                              Attorney for Plaintiff

13                               JENNIFER LEIGH REED

14

15           **CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**

16       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

17 named parties, there is no such interest to report.

18                   /s/ Fred W. Schwinn
                   Fred W. Schwinn, Esq.

19

20                 **DEMAND FOR JURY TRIAL**

21       PLEASE TAKE NOTICE that Plaintiff, JENNIFER LEIGH REED, hereby demands a trial

22 by jury of all triable issues of fact in the above-captioned case.

23                   /s/ Fred W. Schwinn

24                    Fred W. Schwinn, Esq.

25

26

27

28

 **AllianceOne**
Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120
⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Feb 15, 2007

Name : JENNIFER L REED
Account Number : DLA986          PIN : 1054
Client Reference Number : 5424180791582874
Client : CITIBANK

### Your account has been referred to our office for Collections.

If this has been an oversight on your behalf, mail the balance in full to our office.  If you are experiencing financial difficulties, call our office and a representative will assist you in negotiating a suitable arrangement.

### Telephone 1-800-279-3480

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

- - - - - - - - - - - - - - - ✂ Detach Bottom Portion And Return With Payment ✂ - - - - - - - - - - - - - - -

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

To contact us regarding your account, call:
1-800-279-3480

**AllianceOne**
Receivables Management, Inc.

| Regarding | | |
|---|---|---|
| CITIBANK | | |
| Client Reference Number | Account Number | Amount |
| 5424180791582874 | DLA986 | $ 4484.61 |

S-SDAMFC10 L-001 A-DLA986 O-001
P08TOC00700420 I00423


**EXHIBIT**
**1**

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone #_____
Evening Phone #_____

⬆ Please make check or money order payable to:

Amount Paid: $ ☐ ☐ ☐ ☐ . ☐ ☐

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

S-SDAMFC10 L-001 A-DLA986 O-001
P08TOC00700420 100423

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

# AllianceOne
### Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Apr 3, 2007

Name : JENNIFER L REED

Account Number : DLA986          PIN : 1054

Client Reference Number : 5424180791582874

Client :  Citibank (South Dakota) NA

**Our client has authorized us to reduce the balance of your past due account by 35%!**

Our client will accept $ 2990.60 as a settlement

Please follow the instructions outlined:

1. Make your money order or check payable to our client.
2. Document payment as "Settled"

Upon receipt and clearance of your payment, we will immediately cease collection activity and notify our client that you have satisfied your account.  If you have any questions or concerns, please call our office and a representative will assist you.

Telephone 1-800-279-3480

As long as you haven't made other arrangements to repay this debt, you are eligible for this offer.  For accounting purposes, your settlement must be received within 30 calendar days after the date on this letter.  If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

- - - - - - - - - - - - - - - - - - - - - - - ✂ Detach Bottom Portion And Return With Payment ✂ - - - - - - - - - - - - - - - - - - - - -

P.O. BOX 510477

LIVONIA MI 48151-6477

RETURN SERVICE REQUESTED

To contact us regarding your account, call:
1-800-279-3480

# AllianceOne
### Receivables Management, Inc.

| Regarding | | |
|---|---|---|
| Citibank (South Dakota) NA | | |
| Client Reference Number | Account Number | Amount |
| 5424180791582874 | DLA986 | $ 4600.92 |

S-SDAMFC10  L-059  A-DLA986  O-001
P09MYF00317039 I17040

**EXHIBIT**

**2**

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

| Daytime Phone # |
|---|
| Evening Phone # |

⬆ Please make check or money order payable to:

Amount Paid: $

P.O. BOX 510477
LIVONIA MI 48151-8477
RETURN SERVICE REQUESTED

S-SDAMFC10 L-059 A-DLA086 O-001
P09MYF003170391170040

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

PRESORTED
FIRST CLASS

DATA-PAC

US POSTAGE $00.32
APR 05 2007
ZIP 45066
0601 10519861

# REFUSE TO PAY LETTER

April 25, 2007

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7005-3110-0000-4788-4091**

Alliance One Receivables Management, Inc.
1160 Centre Pointe Drive
Suite #1
Mendota Heights, MN 55120

Re:    Creditor:        Citibank
       Reference No.:   5424-1807-9158-2874

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Jennifer Reed
4920 Harmony Way
San Jose, CA 95130-1819

**U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | APR 2007 |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | U·S·P·S St. James Park Sta. 95113-9998 |
| Total Postage & Fees | $ |

Sent To
Alliance One Receivables Managment
Street, Apt. No.; or PO Box No. 1160 Centre Pointe Drive #1
City, State, ZIP+4 Mendota Heights, MN 55120

7005 3110 0000 4788 4091

PS Form 3800, June 2002          See Reverse for Instructions

**EXHIBIT**

**3**

# AllianceOne
### Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Apr  3, 2007

Name : JENNIFER L REED

Account Number : DLA986          PIN : 1054

Client Reference Number : 5424180791582874

Client :  Citibank (South Dakota) NA

**Our client has authorized us to reduce the balance of your past due account by 35%!**

Our client will accept $ 2990.60 as a settlement

Please follow the instructions outlined:

1.  Make your money order or check payable to our client.
2.  Document payment as "Settled"

Upon receipt and clearance of your payment, we will immediately cease collection activity and notify our client that you have satisfied your account. If you have any questions or concerns, please call our office and a representative will assist you.

Telephone 1-800-279-3480

As long as you haven't made other arrangements to repay this debt, you are eligible for this offer.  For accounting purposes, your settlement must be received within 30 calendar days after the date on this letter.  If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

✂  Detach Bottom Portion And Return With Payment  ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

To contact us regarding your account, call:
1-800-279-3480

## AllianceOne
### Receivables Management, Inc.

| Regarding | | |
|---|---|---|
| Citibank (South Dakota) NA | | |
| Client Reference Number | Account Number | Amount |
| 5424180791582874 | DLA986 | $ 4600.92 |

S-SDAMFC10 L-059 A-DLA986 O-001
P09MYF00317039 I17040

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone #_____
Evening Phone #_____

⬆ Please make check or money order payable to:

Amount Paid:  $


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0000 4788 4091
Detailed Results:

- **Delivered, April 28, 2007, 10:53 am, SAINT PAUL, MN 55121**
- **Arrival at Unit, April 28, 2007, 10:01 am, SAINT PAUL, MN 55121**
- **Acceptance, April 25, 2007, 4:00 pm, SAN JOSE, CA 95113**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kevin Villanueva*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery  4-28-07<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Alliance One Receivables<br>1160 Centre Pointe Drive<br>Suite #1<br>Mendota Heights, MN<br>55120 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? ( *Extra Fee* )   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 3110 0000 4788 4091 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**EXHIBIT**

4

# AllianceOne
### Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120
⬆ Please send all correspondence to the above address

| | |
|---|---|
| Telephone : 1-800-279-3480 | Name : JENNIFER L REED |
| Jun  1, 2007 | Account Number : DLA986     PIN : 1054 |
| | Client Reference Number : 5424180791582874 |
| | Client :  Citibank (South Dakota) NA |

Our Client, Citibank (South Dakota) NA, has retained us to work with you to help you to repay your account.

We understand you didn't mean to fall behind on your payments, but it seems that you have.  Like most of our customers, you know that paying this bill is the right thing to do, but extra cash is hard to come by and we want to help.

We know you may have other creditors competing for your dollars.  In order to assist you in committing those dollars to pay our client's account, we are prepared to **OFFER YOU A DEEP SETTLEMENT** to substantially reduce the balance of your outstanding account.

**DEPENDING ON YOUR PERSONAL SITUATION, YOU MAY QUALIFY FOR A SETTLEMENT LOWER THAN WHAT WE CAN OFFER YOU IN THIS LETTER!**

Don't miss out!  As long as you haven't yet made other arrangements to repay this debt, you are eligible for this settlement offer.  **Just call toll free, 1-800-279-3480.**  Don't put it off.  Call today!

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

✂ Detach Bottom Portion And Return With Payment ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

To contact us regarding your account, call:
1-800-279-3480

**AllianceOne**
Receivables Management, Inc.

| Regarding | | |
|---|---|---|
| Citibank (South Dakota) NA | | |
| Client Reference Number | Account Number | Amount |
| 5424180791582874 | DLA986 | $ 4846.94 |

S-SDAMFC10 L-030 A-DLA986 O-001
P0ASLF00213557 I13558

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

**EXHIBIT**
5

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone # _____
Evening Phone # _____

⬆ Please make check or money order payable to:

Amount Paid: $  [  ][  ][  ][  ][  ] . [  ][  ]

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

S-SDAMFC10 L-030 A-DLA986 O-001
P0ASLF002135571113558

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

PRESORTED
FIRST CLASS

US POSTAGE $00.341
JUN 05 2007
ZIP 77002
0001 10519922



**AllianceOne**
Receivables Management, Inc.

1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120
⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Jul 3, 2007

Name : JENNIFER REED

Account Number : DLA918          PIN : 4620

Client Reference Number : 5424180403916056

Client :  Citibank (South Dakota) NA

To Whom It May Concern:

Below is a statement of your account.  If we can be of any assistance, please feel free to call.

Sincerely,

AllianceOne Receivables Management, Inc.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

✂ Detach Bottom Portion And Return With Payment ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

S-SDAMFC10 L-018 A-DLA918 O-001
P0BF9300416332 I16333

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

To contact us regarding your account, call:
1-800-279-3480

**AllianceOne**
Receivables Management, Inc.

| Regarding | | |
|---|---|---|
| Citibank (South Dakota) NA | | |
| Client Reference Number | Account Number | Amount |
| 5424180403916056 | DLA918 | $ 9354.70 |

**EXHIBIT**

6

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone # _____
Evening Phone # _____

Amount Paid: $

⬆ Please make check or money order payable to:

Detach Bottom Portion And ⌐

✂

PRESORTED
FIRST CLASS

US POSTAGE $00.34¹
DATA-PAD
JUL 09 2007
ZIP 77002
0601 10519694

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

➥ Mail return address only, send no letters

S-SDAMFC10 L-018 A-DLA918 O-001
P0BF930041633Z I16333

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

15 EXEMAA1     95130



1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120
⬆ Please send all correspondence to the above address

Telephone : 1-800-279-3480

Jul 31, 2007

Name : JENNIFER L REED

Account Number : DLA986        PIN : 1054

Client Reference Number : 5424180791582874

Client :  Citibank (South Dakota) NA

**Our client has authorized us to reduce the balance of your past due account by 55%!**

Our client will accept $ 2303.85 as a settlement

Please follow the instructions outlined:

1.  Make your money order or check payable to our client.
2.  Document payment as "Settled".

Upon receipt and clearance of your payment, we will immediately cease collection activity and notify our client that you have satisfied your account.  If you have any questions or concerns, please call our office and a representative will assist you.

Telephone 1-800-279-3480

As long as you haven't made other arrangements to repay this debt, you are eligible for this offer.  For accounting purposes, your settlement must be received within 30 calendar days after the date on this letter.  If you wish to make a payment proposal after that time, please call us to discuss it.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

--------------------------------------------------------------------------------

✂   Detach Bottom Portion And Return With Payment  ✂

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

To contact us regarding your account, call:
1-800-279-3480

AllianceOne
Receivables Management, Inc.

| Regarding | | |
| --- | --- | --- |
| Citibank (South Dakota) NA | | |
| Client Reference Number | Account Number | Amount |
| 5424180791582874 | DLA986 | $ 5119.66 |

S-SDAMFC10 L-077 A-DLA986 O-001
P0C0F200217268 I17270

**EXHIBIT**

**7**

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

CITICORP CREDIT SERVICES, INC. (USA)
ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 21882
EAGAN MN 55121-0882

Daytime Phone #_____
Evening Phone #_____

⬆ Please make check or money order payable to:

Amount Paid: $  [  ][  ][  ][  ][  ] . [  ][  ]

P.O. BOX 510477
LIVONIA MI 48151-6477
RETURN SERVICE REQUESTED

⬆ Mail return address only; send no letters

S-SDAMFC10 L-077 A-DLA986 O-001
P0C0F2002 17268 117270

JENNIFER L REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

FAYZSA1  95130

**08/02/2007 ROYAL**
**PRESORTED**
**FIRST-CLASS**
DATA-PAC

US POSTAGE $66.34
AUG 01 2007
ZIP 48084
0801 10519961