1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JENNIFER LEIGH REED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>            Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLE MANAGEMENT, INC., a Delaware corporation,<br><br>            Defendant. | Case No. C07-04476-PVT<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

COMES NOW the Plaintiff, JENNIFER LEIGH REED, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court and Defendant that Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68 is hereby accepted. A copy of the Defendant's Rule 68 Offer is attached hereto for the Court's reference and is identified as Exhibit "1."

Dated: October 9, 2007                                CONSUMER LAW CENTER, INC.

                                                      By:  /s/ Fred W. Schwinn
                                                           Fred W. Schwinn, Esq.
                                                           Attorney for Plaintiff