# Exhibit "1"

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   AllianceOne Receivables Management, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  JENNIFER LEIGH REED,            )  CASE NO.: C07 04476 PVT
                                    )
13        Plaintiff,                )
                                    )  **RULE 68 OFFER**
14     vs.                          )
                                    )
15                                  )
                                    )
16  ALLIANCEONE RECEIVABLES         )
    MANAGEMENT, INC., a Delaware    )
17  corporation,                    )
                                    )
18        Defendant.                )
                                    )
19  _____  )

20

21

22

23

24

25

26

27

28

1  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant AllianceOne Receivables Management, Inc., without admitting liability for any of the claims alleged herein, hereby offers to allow judgement to be taken against it as follows: judgement for plaintiff Jennifer Leigh Reed in the sum of One Thousand and One Dollars ($1,001.00), plus reasonable attorney's fees and costs, in an amount to be determined by the Court.

In accordance with Rule 68, this offer shall be deemed withdrawn if it is not accepted within ten days of the service thereof. Evidence of this Offer of Judgment is not admissible except in a proceeding to determine costs.

DATED: September 24, 2007            SIMMONDS & NARITA, LLP
                                     TOMIO B. NARITA
                                     JEFFREY A. TOPOR



                                By: _____
                                    Tomio B. Narita
                                    Attorneys for Defendant
                                    AllianceOne Receivables Management, Inc.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is: 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served copies of the following documents:

1) **Rule 68 Offer**

by causing such document to be placed in a sealed envelope for collection and delivery as indicated below:

**VIA UNITED STATES MAIL**
Fred W. Schwinn
Consumer Law Center
12 South First Street, Suite 416
San Jose, CA 95113-2404

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 24th day of September, 2007.

_____
Tiffany Dorsey

---

UNIFUND CCR PARTNERS V. MIYOKO AND RELATED CROSS ACTION  (CASE NO.: 1-07-CV-078394)
PROOF OF SERVICE                                                                                    2.