1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JENNIFER LEIGH REED

6

7

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLE MANAGEMENT, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C07-04476-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JENNIFER LEIGH REED, and Defendant, ALLIANCEONE RECEIVABLE MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

 1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JENNIFER LEIGH REED, against Defendant, ALLIANCEONE RECEIVABLE MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1  Dated: November 20, 2007                    /s/ Fred W. Schwinn
                                               Fred W. Schwinn, Esq.
2                                              Attorney for Plaintiff
                                               JENNIFER LEIGH REED
3

4  Dated: November 20, 2007                    /s/ Tomio B. Narita
                                               Tomio B. Narita, Esq.
5                                              Attorney for Defendant
                                               ALLIANCEONE RECEIVABLE
6                                              MANAGEMENT, INC.

7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated: _____               _____
                                               The Honorable Patricia V. Trumbull
10                                             Judge of the District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                     Case No. C07-04476-PVT